| | |
|---|---|
| **THADDEUS HARDY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1778** |
| **NUNEZ INVESTMENTS 2 LLC, ET AL.** | **SECTION: D(5)** |

## ORDER OF DISMISSAL

Before the Court is an *Ex Parte* Motion of Dismissal with Prejudice, filed by Plaintiff Thaddeus Hardy.[1] In the Motion, Plaintiff seeks to dismiss this matter pursuant to Fed. R. Civ. P. 41(a)(2) and avers that "[t]he parties have reached an agreement and resolved all claims."[2]

Accordingly,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that this action is **DISMISSED, WITH PREJUDICE,** with each party to bear its own costs.

New Orleans, Louisiana, November 20, 2025.

**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 7.
[2] *Id.*